IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BANK OF AMERICA, N.A., )
)
        Plaintiff, )
)
v. ) No. 05 C 7165
)
MAZON STATE BANK, )
)
        Defendant. )

## MEMORANDUM ORDER

In accordance with this Court's September 17, 2007 memorandum opinion and order, judgment is ordered to be entered in favor of Bank of America, N.A. and against Mazon State Bank in the aggregate sum of $218,109.59, comprising the principal sum of $200,000 plus interest in the sum of $18,109.59. Costs are also awarded to Bank of America.

Although the parties are being required to provide further submissions to address Bank of America's motion for an award of attorney's fees in addition to said judgment, this Court determines pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay and expressly directs the entry of a final judgment in the above amount (as to the separability of the possible award of fees from the underlying judgment, see Budinich v. Becton Dickinson & Co., 486 U.S. 196 (1988) and its progeny such as Ross Bros. Constr. Co. v. Int'l Steel Servs., 283 F.3d 861, 870-71 (7th Cir. 2002)).

                                       _____
                                       Milton I. Shadur
                                       Senior United States District Judge

Date: September 27, 2007